IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

IN RE: DISPOSAL OF JUROR SELECTION RECORDS                Misc No. 06-211
       1998 Master and Qualified Wheels

## ORDER

AND NOW, this 24th day of September, 2007, in accordance with 28 U.S.C. 1868 it is hereby ordered and directed that the juror selection records from the 1998 master and qualified wheel are to be disposed of as outlined in the Records Management Policies of the Guide to Judiciary Policy and Procedures (attached).

_____
Chief Judge
U.S. District Court