IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

IN RE: DISPOSAL OF JUROR SELECTION RECORDS        Misc No. 06-211
       2002 Master and Qualified Wheel

## ORDER

AND NOW, this 7th day of January, 2011 in accordance with 28 U.S.C. 1868 it is hereby ordered and directed that the juror selection records from the 2002 Master and Qualified wheels for the Western District of Pennsylvania are to be disposed of in accordance and as outlined in the Records Management Policies of the Guide to Judiciary Policy and Procedures (attached).

Gary L Lancaster, Chief Judge
U. S. District Court