FILED

DEC 11 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

IN RE: DISPOSAL OF JUROR SELECTION RECORDS     Misc. No. 06-211
FOR 2010 MASTER AND QUALIFIED WHEELS

ORDER

AND NOW, this 11TH day of December, 2019, in accordance with 28 U.S.C. 1868 and Volume 10, Chapter 6 of the Guide to Judiciary Policy, IT IS HEREBY ORDERED AND DIRECTED that the juror selection records from the 2010 Master and Qualified wheels for the Western District of Pennsylvania, including electronic juror records in the Jury Management System, are to be disposed of in accordance with and as outlined in the Records Disposition Schedule 2.B.2 (attached).

_____
Chief Judge, U.S. District Court