

**FILED**

DEC 11 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

IN RE: DISPOSAL OF JUROR PAYMENT RECORDS   Misc. No. 06-211
FOR CALENDAR YEARS 2010 AND 2011

ORDER

AND NOW, this 11th day of December, 2019, in accordance with Volume 10, Chapter 6 of the Guide to Judiciary Policy, IT IS HEREBY ORDERED AND DIRECTED that all financial payment information generated and maintained by the jury office for payment of fees and expenses as they relate to juror service for calendar years 2010 and 2011 are to be disposed of in accordance with and as outlined in the Records Disposition Schedule 2.E.1 (attached).

_____
Chief Judge, U.S. District Court